IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDRE LIPFORD AND SOPHIEA LIPFORD, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 1:23-cv-1198 (RDA/WEF) |
| SPECIALIZED LOAN SERVICING, LLC, ) ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on the Stipulation of Dismissal with Prejudice. Dkt. 69. The parties indicate that this matter should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its fees and costs.

Accordingly, it is hereby ORDERED that the Complaint is DISMISSED with prejudice, and the Clerk of the Court is DIRECTED to place this action among the ended causes.

IT IS SO ORDERED.

Alexandria, Virginia
February 3, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge